# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rico Mendoza

                     Plaintiff,

v.                                                   Case No.: 1:14–cv–01008
                                                      Honorable Amy J. St. Eve

Joseph Bennett, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/13/2014 and continued to 10/2/2014 at 08:30 AM. Rule 26(a)(1) disclosures by 8/22/14. Written discovery shall be issued by 8/29/14. Fact discovery shall be completed by 2/20/15. Plaintiff's written settlement demand shall be provided to defendant's counsel by 8/29/14. Defendant's written offer to plaintiff by 9/22/14. Courtesy copies of both letters shall be delivered to the courtroom deputy, 312/435–5879. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.